ANDREW SOUKUP (*pro hac vice*)
asoukup@cov.com
VALERIE L. HLETKO (*pro hac vice*)
vhletko@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000

MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

*Attorneys for Defendant Capital One, N.A.,*
*Successor by Merger to Discover Bank*

TODD M. FRIEDMAN (SBN 216752)
tfriedman@toddflaw.com
ADRIAN R. BACON (SBN 280332)
abacon@toddflaw.com
MEGHAN E. GEORGE (SBN 274525)
mgeorge@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN,
P.C.
23586 Calabasas Road, Suite 105
Calabasas, CA 91302
Telephone: (818) 619-3774

*Attorneys for Plaintiff Jonathan Jung*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JUNG, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DISCOVER BANK,<br><br>        Defendant. | Case No.: 3:25-cv-6383-CRB<br><br>MODIFIED<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S ANTICIPATED MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Capital One, N.A., successor by merger to Discover Bank, and Plaintiff Jonathan Jung respectfully submit the following stipulation to set a briefing schedule on Defendant's anticipated motion to dismiss the Second Amended Complaint.

## **STIPULATION**

WHEREAS, on March 9, 2026, the Court granted Defendant's motion to dismiss the First Amended Complaint and directed Plaintiff to file any second amended complaint by April 8, 2026 (ECF No. 33);

WHEREAS, on April 8, 2026, Plaintiff filed the Second Amended Complaint (ECF No. 34);

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), Defendant's current deadline to respond to the Second Amended Complaint is April 22, 2026;

WHEREAS, Defendant anticipates filing a motion to dismiss the Second Amended Complaint;

WHEREAS, pursuant to Civil L.R. 6-1(b), given the complexity of the issues that will be raised in Defendant's anticipated motion, the parties agree that they would benefit from additional time to fully brief Defendant's motion to dismiss;

WHEREAS, pursuant to Civil L.R. 6-2(a), the requested time modification would not impact the schedule for this case;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, subject to Court approval, as follows:

1.     Defendant shall file its motion to dismiss or otherwise respond to Plaintiff's Second Amended Complaint on or before **May 8, 2026**;

2.     Plaintiff shall file his opposition to Defendant's motion on or before **May 29, 2026**;

3.     Defendant shall file its reply in support of its motion on or before **June 12, 2026**;

4.     The hearing on Defendant's Motion to Dismiss will be set for ~~**June 26, 2026**~~, at 10:00 a.m. July 10, 2026 at 10:00 a.m. by videoconference (Zoom).

STIPULATION AND [~~PROPOSED~~] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S ANTICIPATED MOTION TO DISMISS THE SECOND AMENDED COMPLAINT — 3:25-cv-6383-CRB

DATED: April 16, 2026

By: */s/ Matthew Q. Verdin*

ANDREW SOUKUP (*pro hac vice*)
asoukup@cov.com
VALERIE L. HLETKO (*pro hac vice*)
vhletko@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000

MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

*Attorneys for Defendant Capital One, N.A.,*
*Successor by Merger to Discover Bank*

Respectfully submitted,

By: */s/ Todd M. Friedman*

TODD M. FRIEDMAN (SBN 216752)
tfriedman@toddflaw.com
ADRIAN R. BACON (SBN 280332)
abacon@toddflaw.com
MEGHAN E. GEORGE (SBN 274525)
mgeorge@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Road, Suite 105
Calabasas, CA 91302
Telephone: (818) 619-3774

*Attorneys for Plaintiff Jonathan Jung*

2

STIPULATION AND [~~PROPOSED~~] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S ANTICIPATED MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT — 3:25-cv-6383-CRB

<strong>[<s>PROPOSED</s>] ORDER</strong>

<strong>PURSUANT TO STIPULATION, IT IS SO ORDERED:</strong>

1. Defendant shall file its motion to dismiss or otherwise respond to Plaintiff's Second Amended Complaint on or before **May 8, 2026**;

2. Plaintiff shall file his opposition to Defendant's motion on or before **May 29, 2026**;

3. Defendant shall file its reply in support of its motion on or before **June 12, 2026**;

4. The hearing on Defendant's Motion to Dismiss will be set for ~~**June 26, 2026**~~, at 10:00 a.m.

July 10, 2026 at 10:00 a.m. by videoconference (Zoom).

DATED:   April 23, 2026



HON. CHARLES R. BREYER
United States District Judge

3